# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141870

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ALPHONZO LEON WRIGHT,
      Defendant-Appellant.

SC: 141870
COA: 297087
Genesee CC: 03-012093-FC

_____/

     On order of the Court, the application for leave to appeal the September 2, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2011

_____
Clerk

d0321